UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

SHARON M. KEENE,
    Plaintiff,

Case No.  1:15-cv-13270-TLL-PTM

v.

Hon. Thomas L. Ludington
Magistrate Judge Patricia G. Morris

BRANDON GROYA, et al,
    Defendants

---

| | |
|---|---|
| ZOLTON LAW OFFICES<br>By:    Lori L. Bommarito (P57465)<br>Attorneys for Plaintiff<br>6420 Normandy Drive<br>Saginaw, Michigan 48638<br>(989) 792-1111 | GILBERT, SMITH & BORRELLO, P.C.<br>By:    Amy L. Lusk (P63702)<br>Attorneys for Defendant City of Saginaw<br>721 S. Michigan Avenue<br>Saginaw, Michigan 48638<br>(989) 790-2500 |
| BARBARA L. MCQUADE, US ATTORNEY<br>By:    Kevin R. Erskine (P69120)<br>Attorneys for Defendant USA/IRS<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9610 | U.S. Department of Justice, Tax Division<br>By:    James M. Strandjord<br>Attorneys for Defendant USA/IRS<br>P.O. Box 55<br>Washington, D.C.  20044<br>(202) 616-3345 |
| PETER C. JENSEN, P.L.L.C.<br>By:    Peter C. Jensen (P25001)<br>Attorney for Defendants Groya<br>656 State Road, P.O. Box 98<br>Vassar, Michigan  48768<br>(989) 823-8577 | MICHIGAN ATTORNEY GENERAL<br>By:    Moe Freedman (P74224), Asst. AG<br>Attorneys for Defendant Michigan D of Tr.<br>3030 W. Grand Blvd., Suite 10-400<br>Detroit, Michigan 48202<br>(313) 456-0140 |

---

**STIPULATED ORDER OF DISMISSAL OF DEFENDANT CITY OF SAGINAW**

Pursuant to F.R.C.P. 41(a), as the City of Saginaw has no current lien interest in the property, it is stipulated and agreed upon by the parties in this matter that the Defendant, City of Saginaw, is hereby dismissed from these proceedings with prejudice.

**IT IS SO ODERED:**

          s/Thomas L. Ludington
          THOMAS L. LUDINGTON
          United States District Judge

Dated: July 19, 2016

**SO STIPULATED:**

Dated: July 16, 2016      /s/ Lori L. Bommarito
          Attorney for Plaintiff
          Zolton Law Offices
          6420 Normandy Drive
          Saginaw, Michigan 48638
          (989) 792-1111
          lpretzer2000@yahoo.com
          P57465

Dated: July 13, 2016      /s/ with consent of Amy L. Lusk
          Attorney for Def. City of Saginaw
          Gilbert, Smith & Borrello, P.C.
          721 S. Michigan Avenue
          Saginaw, Michigan 48602
          alusk@gsb-law.com
          P63702

Dated: July 12, 2016      s/ with consent of James M. Strandjord
          Attorneys for Defendant USA/IRS
          P.O. Box 55
          Washington, D.C. 20044
          (202) 616-3345
          James.M.Strandjord@usdoj.gov

- 3 -

Dated: July 13, 2016       s/ with consent of Peter C. Jensen
                                                  Attorney for Defendants Groya
                                                  Peter C. Jensen, P.L.L.C.
                                                  656 State Rd., P.O. Box 98
                                                  Vassar, Michigan  48768
                                                  (989) 823-8577
                                                  Pjatty6@hotmail.com
                                                  P25001

Dated: July 13, 2016       s/ with consent of Moshe Freedman
                                                  Attorney for Defendant Michigan Department of Treasury
                                                  3030 W. Grand Blvd., Suite 10-400
                                                  Detroit, Michigan  48202
                                                  (313) 456-0140
                                                  FreedmanM1@michigan.gov
                                                  P74224

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 19, 2016.

                                         s/Michael A. Sian
                                         MICHAEL A. SIAN, Case Manager