UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHARON M. KEENE,

     Plaintiff,

vs.

BRANDON GROYA, KELLI GROYA,
Individually, jointly and severally,

And

STATE OF MICHIGAN – MICHIGAN
DEPARTMENT OF TREASURY,

And

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE,

     Defendants.

Case No. 1:15-cv-13270-TLL-PTM
Hon.  Thomas L. Ludington
Magistrate Judge Patricia G. Morris

**PLAINTIFF SHARON M. KEENE'S
MOTION FOR SUMMARY
JUDGMENT**

---

**ZOLTON LAW OFFICES**
By:    Lori L. Bommarito (P57465)
Attorney for the Plaintiff
6420 Normandy Drive
Saginaw, Michigan  48638
(989) 792-1111

**U.S. Department of Justice**
By:    David A. Hubbert
       James M. Strandjord
U.S. Department of Justice
P.O. Box 55
Washington D.C., 20044
(202) 616-3345

**Daniel L. Lemisch, Acting US Attorney**
By:    Kevin R. Erskine (P69120)
Attorneys for Defendant USA/IRS
211 W. Fort Street, Suite 201
Detroit, Michigan  48226
(313) 226-9610

**Michigan Dept. of Attorney General**
By:    Moshe Freedman (P74224)
Attorneys for Def., State of Michigan
3030 W. Grand Boulevard
Detroit, Michigan  48202-6030
(313) 456-0044

**PETER C. JENSEN PLLC**
By:     Peter C. Jensen (P25001)
Attorney for Defendants,
Brandon and Kelli Groya
656 State Road, P.O. Box 98
Vassar, Michigan  48768
(989) 823-8577

---

### PLAINTIFF SHARON M. KEENE'S MOTION FOR SUMMARY JUDGMENT

**NOW COMES** the Plaintiff Sharon M. Keene, by and through her attorney, Lori L. Bommarito who states in support of the instant motion as follows:

1. Plaintiff Sharon M. Keene filed the instant proceeding and it was removed on September 15, 2015.
2. On December 13, 2016, the parties placed an agreement upon the record.
3. Since December 13, 2016, the parties have been unable to finalize a judgment for entry with the court to conclude the matter.
4. On or about March 30, 2017, Plaintiff's counsel circulated a proposed Judgment.
5. No response was received from the Defendants Brandon or Kelli Groya concerning the proposed stipulated judgment.
6. The Defendants Brandon and Kelli Groya are in default of the land contract executed between the parties.
7. That the Defendants Brandon and Kelli Groya have breached the parties' contract.
8. That summary judgment on the entirety of Plaintiff's Complaint is proper pursuant to Fed. R. Civ. P. 56 (a) in that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.
9. Plaintiff's proposed Judgment is attached hereto and incorporated herein by reference.

Dated this 7th day of April, 2017.

/s/ Lori L. Bommarito
Zolton Law Offices
6420 Normandy Drive
Saginaw, Michigan  48638
(989) 792-1111
lpretzer2000@yahoo.com
P57465

## CERTIFICATE OF FILING/SERVICE

I hereby certify that on April 7, 2017, I electronically filed the foregoing using the ECF system Utilities menu and I have sent via email addresses of record a copy of same to all ECF participants.


Dated: April 7, 2017                    Respectfully submitted,

**ZOLTON LAW OFFICES**

/s/ Lori L. Bommarito
Lori L. Bommarito (P57465)
6420 Normandy Drive
Saginaw, Michigan 48638
(989) 792-1111
lpretzer2000@yahoo.com